IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANS W/DISABILITIES ADVOCATES,<br><br>      Plaintiff,<br><br>  v.<br><br>AMERCO,<br><br>      Defendant.<br>_____/ | No. 03-01430 CW<br>    03-01432 CW<br>    03-01439 CW<br>    03-01440 CW<br>    03-01441 CW<br>    03-03322 CW<br>    03-03326 CW<br>    03-03983 CW<br>    03-03984 CW<br>    03-03985 CW<br>    03-03986 CW<br>    03-04039 CW<br>    03-04040 CW<br>    03-04041 CW<br>    03-04314 CW<br><br>ORDER DISMISSING<br>CONSOLIDATED<br>CASES |

    The above-captioned cases having been consolidated for all further proceeding with C-03-1428 CW, <u>Americans with Disabilities Advocates v. AMERCO</u>,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain these files as open ones for statistical purposes, and the Clerk is instructed to submit the JS-6 Forms to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a

1 dismissal or disposition of these actions, and, should further
2 proceedings become necessary or desirable, any party may initiate
3 it in the same manner as if this Order had not been entered.

**United States District Court**
For the Northern District of California

| | |
|---|---|
| Dated 9/8/05 | _____<br>CLAUDIA WILKEN<br>United States District Judge |

*/s/ Claudia Wilken*